# EXHIBIT A

# NOTICE OF CONSENT TO BECOME A PLAINTIFF IN ACTION UNDER THE FAIR LABOR STANDAI

I consent to be a party plaintiff in a lawsuit against Defendant,

Public Partnerships, LLC (PPL),

and/or related entities, subsidiaries, or affiliated companies in order to see of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I authori: the filing and prosecution of this Fair Labor Standards Act action in my n: Emina Poricanin and the law firm of Poricanin Law, P.C. as my attorneys.

_____*Laura Chapman*_____
Signature

_____Laura Chapman_____
Name (Print)

_____4/22/25_____
Date