# EXHIBIT B

# NOTICE OF CONSENT TO BECOME A PLAINTIFF IN A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

I consent to be a party plaintiff in a lawsuit against Defendant,

<u>Public Partnerships, LLC (PPL)</u>,

and/or related entities, subsidiaries, or affiliated companies in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I authorize through this Consent the filing and prosecution of this Fair Labor Standards Act action in my name, and appoint Emina Poricanin and the law firm of Poricanin Law, P.C. as my attorneys.

_____
Signature

Johnnie Flanagan
Name (Print)

4/21/25
Date