# EXHIBIT C



**Public Partnerships LLC**
PO Box 310, Binghamton, NY 13902
Fax: 1-833-951-0828

# Personal Assistant Agreement

**Personal Assistant Name:**                  **PPL ID:**

_____   _____

(First name, Last name)

The purpose of this Personal Assistant Agreement is to tell me the rules that I must follow to be a Personal Assistant (PA) in the New York State Consumer Directed Personal Assistance Program (CDPAP).

**To be a PA in CDPAP, I must follow these rules:**

**General Rules:**

1. A PA is a person who is hired to provide care to a person (the consumer) who is part of CDPAP.

2. To be a PA:
   - I must be at least 18 years old.
   - I must have a valid Social Security Number.
   - I must be allowed to work in the US.
   - If I am a parent or a guardian of a consumer who is under the age of 21, I cannot be their PA.
   - If I am the consumer's spouse, I cannot be their PA.
   - If I am the consumer's Designated Representative (DR), I cannot be their PA.

3. When working as a PA, I have two employers:
   - The consumer (or their DR), is my employer; and
   - Public Partnerships LLC (PPL) is also my employer.


**YOUR LIFE
YOUR CARE
YOUR PEOPLE**

4. This arrangement is often called "joint" employment.

5. As "joint" employers, PPL and my consumer have different responsibilities.

6. The consumer's responsibilities are to:
   - Decide whether to hire me;
   - Make my work schedule;
   - Train me in my job duties;
   - Approve my hours worked;
   - Supervise my work;
   - Decide to terminate my employment, if necessary.

7. PPL's responsibilities are to:
   - Make sure that I am qualified to be a PA;
   - Manage the registration process;
   - Issue my paychecks;
   - Collect and submit payroll taxes, and
   - Make deductions from my wages as required by any court order.

### Registering to be a PA

8. To be a PA, I must register with PPL.

9. Registering with PPL means that I will need to read and complete certain forms.

10. As part of the registration process, I will also need to obtain a health assessment.

11. During the registration process, I must fill out all forms truthfully and accurately.

12. I will complete the health assessment process as directed by PPL.

13. I will sign the registration forms electronically, as requested by PPL.

14. PPL will tell me when my registration is complete or if there are problems with my registration.

15. If I stop working for my consumer for more than 6 months, I may have to complete the registration process over again.

16. I cannot begin working in CDPAP until PPL has told me that my registration is complete.



**PA database checks:**

17. During the registration process, and every month after that, for as long as I am a PA, PPL will run a "database check" on me.

18. These databases are kept by both the federal government and the state of New York.

19. These databases include the names of people who cannot work in CDPAP.

20. If PPL ever finds my name on one of these databases, I will not be able to work in CDPAP.

**Working as a PA**

21. My work schedule will be set by my consumer or their DR.

22. My work schedule is based on the number of hours of service that my consumer is authorized to receive.

23. My consumer or their DR will:
    - Train me in my job duties, and
    - Supervise how I perform those duties.

24. My consumer or their DR can end my job at any time and for any lawful reason.

25. There are strict rules about how and when I can perform services for my consumer:
    - I am never allowed to work more hours than is on my work schedule.
    - I am never allowed to perform work for my consumer if they are in the hospital, a nursing home, or any other care facility.
    - I cannot perform services for my consumer if they are no longer in CDPAP.

26. If I am a live-in worker, I understand that I must receive:
    - At least 8 hours of sleep time each night,
    - At least 5 hours of uninterrupted sleep time each night, and
    - Three one-hour meal breaks each day for breakfast, lunch and dinner.

27. I must follow all instructions given by my consumer or their DR.

28. I must always keep private all personal information about my consumer.

29. I will contact PPL if I have any questions about my wage rate or benefits.



### Reporting My Time

30. There are strict rules about how and when I must report my work time:
    - I must report my time through PPL's Time4Care™ app, using a mobile phone, a tablet, or a computer.
    - If I cannot use Time4Care™, I must use another approved method to report my time, which may include using the consumer's land line or submitting paper time sheets. My consumer or PPL will provide more information about this, if needed.
    - I must report my time by logging in at the beginning of every shift, and logging out at the end of every shift, using Time4Care™ or another approved method.
    - I must report my hours each day that I work. I am not allowed to report my hours late.

31. The consumer or their DR will approve my reported work time through Time4Care™ or another approved method.

### Court Orders:

32. I understand that PPL may receive court order to deduct money from my paychecks (also known as "garnishments").

33. I understand that it is PPL's job to follow court orders.

34. PPL will deduct money from my paycheck until the court order has been satisfied, or until it no longer applies.

35. I understand that PPL may charge me a processing fee for setting up the court order.

### Avoiding Criminal Behavior:

36. I understand and agree that:
    - CDPAP is a New York Medicaid program;
    - Being dishonest in a Medicaid program can be a crime; and
    - Being dishonest in a Medicaid program is often referred to as committing "fraud, waste or abuse."

37. I understand that the following dishonest behaviors could be a crime:
    - Reporting time that I did not work;
    - Being paid for work I did not perform;

**PPL**
YOUR LIFE
YOUR CARE
YOUR PEOPLE

- Working more hours than I am allowed to work;
- Reporting time worked when my consumer is in a hospital or other care facility; or
- Being dishonest when reporting my time.

38. If I engage in any dishonest behavior while working as a PA:
    - I will need to pay back the money I did not earn,
    - The state or the federal government will pursue all legal means to take back the money, and
    - I may be subject to criminal penalties, including jail time, for committing fraud, waste, or abuse.

## What I Must Report to PPL:

39. I must tell PPL right away if I suspect that anyone in CDPAP:
    - Has engaged in dishonest behavior (committed fraud, waste, or abuse);
    - Has financially abused the consumer (misused the consumer's funds or property),
    - Has physically, emotionally or sexually abused the consumer, and/or
    - Is guilty of neglecting the consumer.

40. I must report any major decline or change in my consumer's physical or mental status to the consumer's case manager or to PPL.

41. I must notify PPL right away if I cannot reach my consumer or their DR.

42. If I am a live-in worker, I must notify PPL right away:
    - if I have not received 8 hours of sleep each night (at least 5 hours of which are uninterrupted); or
    - if I have not received three one-hour meal breaks each day.

43. I must notify PPL right away if I have any problems with my consumer or their DR.

44. I must notify PPL right away if there are error messages on Time4Care™ or on PPL's web portal.

45. I must notify PPL right away if:
    - My contact information changes, or



- I stop working for my consumer.

**By signing below, I agree to follow all the rules stated above:**

**Personal Assistant Signature:**                                      Date:

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                    _____