# EXHIBIT D

1:14

<  NYADD Focus Grou...   🔍   •••

 **Jeff Abinette**
2d · 🌐

**Love getting this when sending time sheets**

📎 April 19 ☆ ⋮

To: Me ˅

**Delivery has failed to these recipients or groups:**

nycdpap_ts@pplfirst.com (nycdpap_ts@pplfirst.com)
The recipient's mailbox is full and can't accept messages now. Please try resending your message later, or contact the recipient directly.

**Diagnostic information for administrators:**

Generating server: PH0P220MB0330.NAMP220.PROD.OUTLOOK.COM

nycdpap_ts@pplfirst.com
Remote server returned '554 5.2.2 mailbox full; STOREDRV.Deliver.Exception:QuotaExceededException.MapiExceptionShutoffQuotaExceeded; Failed to process message due to a permanent exception with message [BeginDiagnosticData]The process failed to get the correct properties. 1.84300:01000000,