# EXHIBIT E

1:08

<  **NYADD Focus Group-CDPAP**
Nicole Demme · 6d

**Lucy Alvarado**
This is just unbelievable!! In our case we still don't have the "service authorization number" therefore can't clock ⏰ in/out as a result NO PAYCHECKS. We have sent timesheets by email for the past 2 weeks and NO RESPONSE. 😥

6d   Like   Reply

**Christy Jannello Gorman**
Lucy Alvarado same!

6d   Like   Reply

**Jj Ja**
Lucy Alvarado The same thing happened to me until I called the insurance company to verify that the authorization was sent to PPL. Once the insurance co verified that one was sent to PPL, I then contacted the Statewide Fi and asked them to escalate just as they did for my friend. And they did and by that evening I was able to log in. Email them ASAP and give them until 12 noon, then email then again if you hadn't heard from them. Also let them know you

Comment as Emina...



**NYADD Focus Grou...**

**JM Mur**
4d

So what does this mean and why haven't I got paid yet and won't open checklist says not available all forms are completed did then one on one with an agent on the phone



2    22 comments

Like    Comment    Send    Share

1:06

NYADD Focus Grou... 

 Lisa Bielefeld McCartan
16h · 🌐

Spent all day trying to get someone on the phone. No one picks up or calls back.

👎 1

👍 Like    💬 Comment    📞 Send    ↗ Share

8 comments

1:06



**NYADD Focus Group-CDPAP**
Lisa Bielefeld McCartan · 16h ·

> currently the recommended route. You'll never get through otherwise.
>
> 13m   Like   Reply

Write a reply...


**Dawn Goodrich Pierce**
They are just trying to push to the 30th so they don't have to pay us
1h   Like   Reply


**Larissa Martin**
I'm so sorry Lisa Bielefeld McCartan
1h   Like   Reply


**Thomas DeLano**
Welcome to my world 🌎
4h   Like   Reply


**Angie Morales**
I was told they don't work on Sunday but then again u get different answers from people working there
16h   Like   Reply


**Day Parker**
Call @8 when they first open
16h   Like   Reply                                    2 👍

1:12

 NYADD Focus Grou...

**Buster Vaxter**
1d · 🌐

# Why is my timesheet entry keep being denied

👍 1

👍 Like   💬 Comment   📞 Send   ↗ Share

1:07

**NYADD Focus Group-CDPAP**
Nicole Demme · 6d · 🌐

Second check, overpaid again - this time by one hour. Look at the 4th & 5th entries. Clock in and clock outs were exact. PPL is clearly overbilling Medicaid.

Net Pay
Direct Deposits
Net Check

| Punches | Day | In | Out | Hours |
|---|---|---|---|---|
| 04/08 | Tue | 07:00AM | 05:00PM | 10.00 |
| 04/09 | Wed | 07:00AM | 08:00AM | 1.00 |
| 04/09 | Wed | 09:00AM | 12:00PM | 3.00 |
| 04/10 | Thu | 07:30AM | 11:00AM | 4.00 |
| 04/10 | Thu | 02:00PM | 05:30PM | 4.00 |
| 04/11 | Fri | 07:00AM | 02:00PM | 7.00 |

👍 Like    💬 Comment    📞 Send    ↗ Share

😮👍😢 13

Newest ⌄

**Dawn Goodrich Pierce**
At least you got paid

54m   Like   Reply

1:07



## NYADD Focus Group- CDPAP

Nicole Demme · 6d ·



**East Fork Art**
I didnt get paid at all.

3d   Like   Reply



**Bridget Beaver**
East Fork Art call dept of labor



(516) 876-6362

Outgoing call, 15 mins 25 sec
12:24 PM

+ Add to Contacts       Add tag

17h   Like   Reply



Write a reply...



**Jay Wellz**
I did everything and havnt been paid at all this month it says provider paper work is not complete when i submit my hours to app but everything is complete such a mess

18h   Like   Reply

1:09

# NYADD Focus Group-CDPAP

Dana Holtzman Greenberg · 6h · 

Anyone else's completed shift from yesterday (4/21), not showing up in the consumer s portal for approval after clocking out and submitting properly? Thank you!

👍 Like   💬 Comment   📞 Send   ↗ Share

Newest ⌄


**Dawn Zemcik**
Yep same here

6h   Like   Reply ↩

**NYADD Focus Grou...**

**Tonni Akter**
17h

Why is it still pending? I tried to call them about it.



1:10

Christine's post

### NYADD Focus Group- CDPAP



Christine Trombetta Jorglewich · 2d · 🌐

Now we just emailed our timesheet in to PPL and it got bumped back because their mailbox is full. What are we supposed to do now?? We still have no authorization and are now owed three weeks of pay.

 16

 Like   Comment   Send   Share

 **NYADD Focus Grou...**

**Kalico Molina**
5d

Good morning,

I'm writing with serious concern regarding this week's payroll. I was only paid for 10 hours, despite having submitted a properly completed timesheet on time for the full 40 hours I worked. Unfortunately, this is yet another week in which we are left unable to meet our financial obligations due to underpayment.

I also encountered a troubling issue while attempting to review the timesheet yesterday evening. When I contacted PPL to report that I couldn't see my timesheet, the representative insisted it was visible. I confirmed that I was logged in and looking in the correct section, but nothing was there. After being placed on hold, and being prompted to check again, I checked again and the timesheet suddenly appeared in the exact same location.

Interestingly, the other assistant experienced the same issue. When she contacted PPL, her timesheet also wasn't visible at first. After being placed on hold, it too "magically" appeared in the same spot she had previously checked. Despite submitting her time correctly, she was only paid for one of

1:11

<  **NYADD Focus Grou...**    🔍    ⋯

---

 **Neela Briglall**
19h · 🌐

Well this is too much now with ppl someone please look in to our pa not getting pay four week now I'm without pay all my paperwork completed last week told me get pay by Monday no pay today when call today they making excuses oh have uploaded and download god knows what again when I fine out it's nothing to do with uploading and downloading. I think ppl trying to robbed our pa and the governor know something about it or get a hand in it she's hiding where our money we have to pay rent month end coming soon we have to pay bills we need our money the people who working with ppl or in ppl are lying about everything. We want our old fl back

 4

👍 Like    💬 Comment    📞 Send    ↪ Share

---

 **Paulette Mitchell**
1d · 🌐

Can people please let me know if you get your PAPER CHECK. From last week!! I'm waiting for mine but my mail doesn't come till later

3 comments

1:12

< **NYADD Focus Group- CDPAP**
Jake Lang · 2d · 🌐

Is anyone still missing their second PPl paycheck? My mom is supposed to get her check in the mail and it's now a couple days late

👍 Like    💬 Comment    📞 Send    ↗ Share

👍 1

Newest ˅

**Christine Trombetta Jorglewich**
We're missing all our paychecks.

1d   Like   Reply  ⬇

**Angie Morales**
Christine Trombetta Jorglewich oh wow were they approved?

1d   Like   Reply  ⬇

View 2 replies...

Write a reply...

**Angie Morales**
It happened to my first check and they told me always give til Monday for it to come

2d   Like   Reply  ⬇                    1 👍

1:13

< NYADD Focus Grou... 

**Brian Leyden**
3d ·

3rd Time Sheet Emailed , Still No Pay , no response of confirmation, NADA 

PPL First should stand for

PAY PEOPLE LAST

 7

7 comments

 Like     Comment     Send     Share

 NYADD Focus Grou...

 **Chan Chan**
2d ·

I was paid for training and I was paid for my first week by direct deposit, and now I'm not getting paid AT ALL. On top of that the system is saying I worked -17,000,000 hours in one day.. NEGATIVE 17 million in a day...WHICH ISNT EVEN POSSIBLE. The entire system is one fail after another.

I've spoken to over 12 different representatives through the Spanish line just this week, and That's not even including the multiple Representatives that hung up on me because they couldn't answer my questions or figure out what was going on.
The ones I did talk to all said the same thing: "It says on my end that you're good for payment so I don't know why you're not getting paid. I can have payroll and/or a supervisor get a hold of you blah blah blah". Some of them even say they don't have an HR department OR supervisors above them, and of course I told them that's just not true or plausible. I did have a couple representatives Tell me they put in requests to speak to a supervisor. In fact, they scheduled a meeting to speak to someone higher up.
 I've had two SCHEDULED meetings with 2 different supervisors this week who were supposed to be "personally handling my

1:13

<  NYADD Focus Grou...   🔍   •••

 **Kenny Cintron**
6d · 🌐

Once again PPL is actively engaged in wage theft and not paying us the hours we work! I worked more hours in the last pay period and am to only be paid a fraction! GET IT TOGETHER PPL! YOU ARE ACTIVELY ENGAGED IN WAGE THEFT! AND DISCRIMINATION AGAINST THE ELDERLY AND DISABLED!

**Processed Payroll**                         ⌃

Last 30 days                              ⌄

Paid                                      ⌄

Service Period                            ⌄

Consumer Name

▼ Search

t Date            Amount        Check Number