# EXHIBIT F



**YOUR LIFE
YOUR CARE
YOUR PEOPLE**



# ATTENTION: CDPAP CONSUMERS AND CAREGIVERS

## Take Action By March 28, 2025

The New York State Consumer Directed Personal Assistance Program (CDPAP) has partnered with a **NEW** Statewide Fiscal Intermediary.

All CDPAP Consumers & Caregivers **MUST REGISTER** with PPL by **March 28, 2025**. Caregivers who register by the deadline will receive a **$100 bonus**.

### Contact PPL

Call Customer Support at:
**1-833-247-5346**

Or scan this QR Code:



