UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHNNIE FLANAGAN, LAURA CHAPMAN individually and on behalf of other persons similarly situated,<br><br>                         Plaintiffs,<br>v.<br><br>PUBLIC PARTNERSHIPS, LLC,<br>                         Defendant. | Case No. 6:25-cv-06225-FPG<br><br>**FED. R. CIV. P. RULE 7.1(a)(1)(A) DISCLOSURE STATEMENT BY DEFENDANT PUBLIC PARTNERSHIPS, LLC** |

Pursuant to Fed. R. Civ. P. 7.1(a)(1)(A), undersigned counsel for defendant Public Partnerships, LLC ("PPL"), a party to the above-captioned action, certifies that PPL is a limited liability company organized under the laws of the State of Delaware. No publicly held corporation owns ten percent (10%) or more of its membership interests, nor does any publicly held corporation own ten percent (10%) or more interest in any member of PPL that has a ten percent (10%) or greater interest in PPL.

Dated: New York, New York
        May 23, 2025

                                            s/Gerald T. Hathaway
                                            1270 Avenue of the Americas
                                            7th Floor – 1050
                                            New York, New York 10020
                                            gerald.hathaway@PierFerd.com
                                            (917) 719-5698

Notice to All Parties of Record provided through ECF.