UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHNNIE FLANAGAN, LAURA CHAPMAN individually and on behalf of other persons similarly situated,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>PUBLIC PARTNERSHIPS, LLC,<br><br>　　　　　　　　　　　　Defendant. | Case No. 6:25-cv-06225-FPG<br><br>**LOC. R. CIV. P. RULE 7.1 DISCLOSURE STATEMENT BY DEFENDANT PUBLIC PARTNERSHIPS, LLC** |

　　　　Pursuant to Loc. R. Civ. P. 7.1, undersigned counsel for defendant Public Partnerships, LLC ("PPL"), a privately held limited liability company organized under the laws of the State of Delaware, hereby certifies to the Court that neither PPL nor its undersigned counsel believes that there are any persons (including but not limited to members, shareholders, partners, or individuals with direct decision making authority/in leadership positions) whose identities may bear on the Court's decision whether to recuse, on motion or sua sponte, including by reason of financial interest in the outcome of the litigation or involvement in the events that form the basis for any claim being advanced in this lawsuit.

Dated:　New York, New York
　　　　May 23, 2025

　　　　　　　　　　　　　　　　　　　　　　　s/Gerald T. Hathaway
　　　　　　　　　　　　　　　　　　　　　　　1270 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　　　7th Floor – 1050
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10020
　　　　　　　　　　　　　　　　　　　　　　　gerald.hathaway@PierFerd.com
　　　　　　　　　　　　　　　　　　　　　　　(917) 719-5698

Notice to All Parties of Record provided through ECF.