UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JOHNNIE FLANAGAN, LAURA CHAPMAN individually and on behalf of other persons similarly situated,

                              Plaintiffs,           No. 6:25-cv-06225-FPG

   v.

PUBLIC PARTNERSHIPS, LLC,

                              Defendant.

---

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(7) AND TO STRIKE PLAINTIFFS' CLASS ALLEGATIONS PURSUANT TO FED. R. CIV. P. 12(f), 23(c)(1)(A), AND 23(d)(1)(D)**

**PLEASE TAKE NOTICE** that, based on the pleadings provided herewith, the Declaration of Maria Perrin, and the accompanying Memorandum of Law, and pursuant to Federal Rule of Civil Procedure 12(b)(7), 12(f), 23(c)(1)(A), and 23(d)(1)(D), Defendant Public Partnerships, LLC moves for an Order granting dismissal of this case, or, in the alternative, an Order striking Plaintiffs' class allegations.  This Motion shall be heard at a time and date to be set by the Court at the United States District Court for the Western District of New York, 100 State Street, Rochester, New York 14614.  Defendant intends to file and serve reply papers in the event that plaintiffs oppose this motion.

Dated: June 20, 2025                                        PIERSON FERDINAND, LLP

                                                               *s/Gerald T. Hathaway*
                                                               Daniel Messeloff
                                                                Irene Oria
                                                                Gerald T. Hathaway
                                                                Attorneys for Defendant
                                                                1270 Avenue of the Americas
                                                                7th Floor – 1050
                                                                New York, New York 10020
                                                                (917) 719-5698

To:    Emina Poricanin    (*via CM/ECF*)
PORICANIN LAW, P.C.
*Attorney for Plaintiffs*
52 Madeleine Lane
Glenmont, New York 12077

Attachments

- Complaint, attached as Exhibit 1

- Declaration of Maria Perrin, attached as Exhibit 2

- Defendant's Memorandum of Law in Support of its Motion to Dismiss Complaint, or, in the Alternative, to Strike Plaintiff's Class Allegations