Outten & Golden

September 15, 2026

**Via ECF and Email**
Honorable Colleen D. Holland
United States Magistrate Judge
United States District Court for the Western District of New York
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614
holland@nywd.uscourts.gov

Re: *Flanagan et al. v. Public Partnerships, LLC*, No. 25-CV-6225

Dear Judge Holland,

This firm, along with Poricanin Law P.C., represents Plaintiffs Johnnie Flanagan and Laura Chapman, as well as the proposed class and collective.[1] Pursuant to this Court's August 13, 2026 Order, we write jointly with Defendant's counsel to provide the Court with a status report on this matter.

The parties attended mediation sessions with Mediator Stephen Modica on July 31, August 21 and September 8, 2026, but were unable to reach agreement. The parties are now in the process of scheduling additional mediation sessions, this time before a private mediator, for November 4 and November 18. To ensure that discovery is not delayed in the event that mediation is unsuccessful, the parties respectfully request that the Court schedule a Rule 16(b) hearing to take place shortly after the November 18 mediation session. In accordance with the Court's rules, the parties will hold a Rule 26(f) conference and meet and confer with respect to a plan for discovery and motion practice.

Respectfully submitted,

/s/ Justin M. Swartz

Justin M. Swartz

[1] Justin Swartz and Molly Brooks of Outten & Golden LLP filed their notices of appearance on behalf of Plaintiffs on September 14, 2026. *See* ECF Nos. 42, 43.